**Mary Elizabeth WILHELM, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
Respondent.

No. 01–3390.

United States Court of Appeals, Federal Circuit.

March 12, 2002.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Albert H. BIESER, Neurogenesis, Inc., and Natural Neuro Nutrition, Inc., Plaintiffs–Appellants,**

v.

**Thomas SPINKS (individually and doing business as Quest IV Health Products), and Quest IV Health Products, Inc., Defendants–Appellees.**

No. 01–1237.

United States Court of Appeals, Federal Circuit.

March 12, 2002.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Leonard J. URIARTE, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 02–3071.

United States Court of Appeals, Federal Circuit.

March 13, 2002.

ORDER

The Merit Systems Protection Board moves to remand Leonard J. Uriarte's case to the Board for further proceedings. Uriarte has not responded.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.